IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Chapter 7 |
| VALLEY BUILDING & : | |
| CONSTRUCTION, CORP. : | |
| : | Case No. 06-16119 (JKF) |
| Debtor. : | |

## ORDER DIRECTING ROY HISER TO APPEAR AND SHOW CAUSE

Upon the Motion (the "Motion") of Howard T. Glassman, Esquire (the "Trustee"), the Chapter 7 Trustee of the above-captioned debtor (the "Debtor"), for an entry of an order holding Roy Hiser in Contempt of Court, Directing issuance of a Warrant for Arrest of Roy Hiser, awarding attorneys' fees, costs and such other sanctions as this Court deems just, and this Court having jurisdiction to consider the Motion; and it appearing that notice of the Motion having been served on all creditors, parties in interest and parties on the mailing matrix, and a copy of the Motion having been served on the Office of the United States Trustee, the Debtor, and all parties requesting notice pursuant to Rule 2002 of the Bankruptcy Rules;

And a hearing having been held on February 18, 2009 at which time no opposition to said motion was filed and Roy Hiser did not appear:

**IT IS HEREBY ORDERED THAT:**

1. Roy Hiser shall appear before this Court on March 11, 2009 at 1:00 p.m. and Show Cause at that time why this Court should not enter an Order finding Roy Hiser in Contempt of Court for failure to comply with this Court's Order dated October 29, 2008;

2. Roy Hiser shall bring with him at that time all documents that are the subject of this Court's Order dated October 29, 2008 including but not limited to the following:

626855-1

Any and all documents showing hours Mr. Hiser billed to any projects of the Debtor from January, 2003 until the date of the filing of the petition.

Any and all documents related to the calculation of Mr. Hiser's salary from the Debtor for the period of January, 2003 until the date of the filing of the petition.

Any and all documents related to the reimbursement of expenses for Mr. Hiser by the Debtor for the period of January, 2003 until the date of the filing of the petition.

Any documents related to the purchase and subsequent sale of the apartment building in Manayunk, Pennsylvania, including but not limited, loan documents, guaranties, and deeds.

Any documents relating to any liabilities of the Debtor to TruMark Financial Services and/or payments made by the Debtor to TruMark Financial Services including documents showing the liability and whether or not the Debtor is an obligated party.

Receipts for purchases made by Valley Building & Construction Corp. with petty cash evidenced by the numerous checks made out to "Cash" in Valley's banking records;

Debtor's books and records.

3.    Attorneys fees and costs incurred by the Trustee in connection with the Motion for Contempt and the within hearing are hereby GRANTED in favor of the Trustee and against Roy Hiser. Counsel for the Trustee shall submit an Affidavit of Fees and Costs no later than 15 days after the hearing scheduled for March 11, 2009 along with a proposed form of Order directing payment of said fees and costs by Roy Hiser.

4.    A copy of this Order shall be served on Roy Hiser and all other interested parties within ___1___ days of the date of this Order.

BY THE COURT:

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

Date: 3/4/2009

2

626855-1