**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Valley Building & Construction, Corp. | : | Chapter 7 |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No. 06-16119 |

**MOTION OF DILKS & KNOPIK, LLC**
**AS ASSIGNEE TO RIDGE PIKE BUILDING MATERIALS, INC.,**
**FOR ORDER DIRECTING PAYMENT OF FUNDS IN COURT REGISTRY**

Dilks & Knopik, LLC, assignee to Ridge Pike Building Materials, Inc. ("the Movant"), requests that the court enter an order directing the payment of funds held in the court registry, on the following grounds:

1. The Debtor filed for Bankruptcy on December 28, 2006.

2. Ridge Pike Building Materials filed Proof of Claim 9-1 on August 27, 2007.

3. The address on the proof of claim is 1010 Ridge Pike, Conshohocken, PA 19428-1095.

4. On October 15, 2012, the Court received unclaimed funds for Ridge Pike Building Materials in the amount of $11,446.16.

5. The current address of Ridge Pike Building Materials is 328 Hamilton Road, Merion Station, PA 19066, as listed on the assignment agreement. Attached hereto and made a part hereof, marked as Exhibit "A", is a true and correct copy of the Assignment Agreement.

6. Movant believes that Ridge Pike Building Materials Inc.'s change of addresses may have caused the unclaimed funds not to be received.

7. Ridge Pike Building Materials, Inc. has assigned the unclaimed funds to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement.

8. Evidence of the identity of the signators on behalf of Ridge Pike Building Materials is included as Exhibit B.

9. Funds should be directed to Dilks & Knopik, LLC and sent to 35308 SE Center Street, Snoqualmie, WA 98065.

WHEREFORE, the Movant requests that the Court order the payment of unclaimed funds in the amount of $11,446.16 to Dilks & Knopik, LLC.

Date: December 16, 2024 　　　　　　　　　　/s/ Jason Brett Schwartz　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　　　　Friedman Vartolo LLP
　　　　　　　　　　　　　　　　　　　　　　　1325 Franklin Avenue, Suite 160
　　　　　　　　　　　　　　　　　　　　　　　Garden City, NY 11530
　　　　　　　　　　　　　　　　　　　　　　　212-471-5100 x 2106