**MATTHEW ZETTLEY**
**NOTARY PUBLIC #197679**
**STATE OF WASHINGTON**
**COMMISSION EXPIRES**
**FEBRUARY 19, 2026**

# Dilks | & | Knopik

On this __27th__ day of __November__, 202__4__. I certify that the preceding or attached document titled (Assignment Agreement), ( __4__ pages) is a true, accurate and complete copy of the original being held at 35308 SE Center Street, Snoqualmie, WA 98065

_____
Matthew Zettley – Notary Public
My commission expires: February 19, 2026

**Assignment Agreement**

This Assignment Agreement (the "Agreement") is entered into as of November 22, 2024 (the "Effective Date") by and between **Dilks & Knopik, LLC**, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee") and Ridge Pike Building Materials, Inc. with an address of 328 Hamilton Rd, Merion Station, PA 19066 (the "Assignor").

1. Assignor is/was a creditor in Valley Building & Construction, Corp. (06-16119) as filed in the Eastern District of Pennsylvania (the "Case"). As a creditor in the Case, Assignor was entitled to distribution of funds from the assets of the Debtor's Bankruptcy Estate in the approximate amount of **$11,446.16** (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign, and convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

3. Assets Assigned: The assets herein assigned to Assignee are those stated in paragraph 1 above, that collectively are the Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1 in the Unclaimed Funds Registry.

4. Consideration: The consideration herein given by Assignee to Assignor shall be the sum ▇▇▇▇ which sum shall be remitted to Assignor. A check will be issued to the Assignor for the above stated amount once this claim is approved. **In the event Assignee recovers an amount over and above the Funds then Assignor shall be entitled to 100% of the additional amount recovered.**

5. This assignment shall be deemed an absolute and unconditional assignment of funds/claim for the purpose of collection and satisfaction, and shall not be deemed to create a security interest.

6. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

7. Power of Attorney: To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik, LLC as its attorney-in-fact.

8. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Assignor: _____     Assignee: _____
Ridge Pike Building Materials, Inc.                             Dilks & Knopik, LLC
Richard Collier – President                                     Andrew T. Drake – Vice President


Assignor: _____
Ridge Pike Building Materials, Inc.
David Madway – Vice President



# NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Ridge Pike Building Materials, Inc. ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

**Debtor:** Valley Building & Construction, Corp.
**Court:** United States Bankruptcy Court - Eastern District of Pennsylvania
**Case Number:** 06-16119
**Chapter:** 7
**Claim:** 9
**Original Creditor:** Ridge Pike Building

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Friday, November 22, 2024.

Ridge Pike Building Materials, Inc.

_____
Richard Collier - President

_*signature*_
David Madway – Vice President

# Dilks & Knopik

**Assignment Agreement**

This Assignment Agreement (the "Agreement") is entered into as of November 22, 2024 (the "Effective Date") by and between Dilks & Knopik, LLC, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee") and Ridge Pike Building Materials, Inc. with an address of 328 Hamilton Rd, Merion Station, PA 19066 (the "Assignor").

1. Assignor is/was a creditor in Valley Building & Construction, Corp. (06-16119) as filed in the Eastern District of Pennsylvania (the "Case"). As a creditor in the Case, Assignor was entitled to distribution of funds from the assets of the Debtor's Bankruptcy Estate in the approximate amount of **$11,446.16** (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign, and convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

3. **Assets Assigned:** The assets herein assigned to Assignee are those stated in paragraph 1 above, that collectively are the Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1 in the Unclaimed Funds Registry.

4. **Consideration:** The consideration herein given by Assignee to Assignor shall be the sum **$7,630.77** which sum shall be remitted to Assignor. A check will be issued to the Assignor for the above stated amount once this claim is approved. **In the event Assignee recovers an amount over and above the Funds then Assignor shall be entitled to 100% of the additional amount recovered.**

5. This assignment shall be deemed an absolute and unconditional assignment of funds/claim for the purpose of collection and satisfaction, and shall not be deemed to create a security interest.

6. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

7. **Power of Attorney:** To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik, LLC as its attorney-in-fact.

8. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Assignor: _Richard Collier_ (signature)
Ridge Pike Building Materials, Inc.
Richard Collier – President

Assignee: _(signature)_
Dilks & Knopik, LLC
Andrew T. Drake – Vice President

Assignor: _____
Ridge Pike Building Materials, Inc.
David Madway – Vice President





## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Ridge Pike Building Materials, Inc. ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Valley Building & Construction, Corp.
Court: United States Bankruptcy Court - Eastern District of Pennsylvania
Case Number: 06-16119
Chapter: 7
Claim: 9
Original Creditor: Ridge Pike Building

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Friday, November 22, 2024.

Ridge Pike Building Materials, Inc.

_____
Richard Collier - President

_____
David Madway – Vice President