





CLASS: C-Single/Comb < 26,001
END: None
RESTR: None

Notify PennDOT if you move within 15 days. Visit us at www.dmv.pa.gov or call us at 717-412-5300. TTY callers - Please dial 711 to reach us.