# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Valley Building & Construction, Corp. | : | Chapter 7 |
| | : | |
| Debtor | : | Bankruptcy No. 06-16119 |

## **ORDER**

AND NOW, this _____ day of _____, 20___, upon consideration of the Motion of Dilks & Knopik, LLC as assignee to Ridge Pike Building Materials, Inc. ("the Movant"), for Order Directing Payment of Funds In Court Registry, and the Movant having served the United States Attorney as required by 28 U.S. C. §2041 et seq. and the Office of the U.S. Trustee and the case Trustee, and no objection having been made, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Funds held in the registry of the court or paid in pursuant to 11 U.S.C. §347 for the benefit of the Movant in the amount of $11,446.16 shall be paid to Dilks & Knopik, LLC and sent to 35308 SE Center Street, Snoqualmie, WA 98065.

_____
, J.