# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Valley Building & Construction, Corp. | : | Chapter 7 |
| | : | |
| Debtor | : | Bankruptcy No. 06-16119 |

## CERTIFICATE OF SERVICE

I, Jason Brett Schwartz hereby certify that I served a copy of the Motion of Dilks & Knopik, LLC, assignee to Ridge Pike Building Materials, Inc., for Order Directing Payment of Funds In Court Registry and Notice of Motion, Response Deadline and Hearing Date by first class mail, postage prepaid, on the date below on the following:

Frederic J. Baker, Senior Assistant
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107

Jacqueline C. Romero
U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

(CASE TRUSTEE)
CHRISTINE C. SHUBERT
821 Wesley Avenue
Ocean City, NJ 08226

(DEBTOR)
Valley Building & Construction, Corp.
462 Box Elder Lane
Lafayette Hill, PA 19444

(DEBTOR'S ATTORNEY)
MICHAEL A. CATALDO
1628 JFK Blvd Suite 1901
Philadelphia, PA 19102

Ridge Pike Building Materials
1010 Ridge Pike
Conshohocken, PA 19428-1095

Ridge Pike Building Materials
328 Hamilton Road
Merion Station, PA 19066

Date: January 7, 2025 /s/Jason Schwartz
Jason Schwartz