UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Valley Building & Construction, Corp. | : | Chapter 7 |
| | : | |
| Debtor | : | Bankruptcy No. 06-16119 |

## CERTIFICATION OF NO RESPONSE TO MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS IN COURT REGISTRY

I, Jason Schwartz, Esquire, Counsel for Dilks & Knopik, LLC as assignee to Ridge Pike Building Materials, Inc., hereby certify that no answer has been served or filed to the Motion for Order Directing Payment of Funds in Court Registry filed on December 16, 2024 at Docket No. 39.  Responses to the Motion were due on January 21, 2025.  A Default Order may be entered granting the Motion.

Dated: January 27, 2025

By:  /s/ Jason Schwartz
Jason Schwartz, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com