United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 06-16119-amc |
| Valley Building & Construction, Corp. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 30, 2025 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | DAVID M KLAUDER, U.S. Trustee Office, 833 CHESTNUT STREET, SUITE 500, PHILADELPHIA, PA 19107-4405 |
| | + | Dilkas & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065-9216 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | ^ MEBN | Jan 30 2025 23:57:13 | Dilks & Knopik, LLC, assignee to Ridge Pike Buildi, c/o Friedman Vartolo, LLP, 1325 Franklin Ave., Ste. 160, Garden City, NY 11530, UNITED STATES 11530-1631 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALAN B. LISS | on behalf of Debtor Valley Building & Construction  Corp. bnklaw@aol.com |
| BENJAMIN R. PICKER | on behalf of Defendant Independent Mortgage Company  Inc. bpicker@kaplaw.com |

Case 06-16119-amc   Doc 275   Filed 02/01/25   Entered 02/02/25 00:31:55   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2025 | Form ID: pdf900 | Total Noticed: 3 |

BENJAMIN R. PICKER
    on behalf of Creditor Independent Mortgage Company Inc. bpicker@kaplaw.com

CHRISTINE C. SHUBERT
    christine.shubert@comcast.net J100@ecfcbis.com

CHRISTINE C. SHUBERT
    on behalf of Trustee CHRISTINE C. SHUBERT christineshubert@comcast.net J100@ecfcbis.com

D. ANDREW BERTORELLI, Jr.
    on behalf of Spector Gadon & Rosen P.C. mshavel@hillwallack.com, fmansmann@hillwallack.com

D. ANDREW BERTORELLI, Jr.
    on behalf of Trustee HOWARD T. GLASSMAN mshavel@hillwallack.com fmansmann@hillwallack.com

D. ANDREW BERTORELLI, Jr.
    on behalf of Hill Wallack mshavel@hillwallack.com fmansmann@hillwallack.com

D. ANDREW BERTORELLI, Jr.
    on behalf of Plaintiff Howard Glassman Trustee of Valley Building & Construction, Corp. mshavel@hillwallack.com, fmansmann@hillwallack.com

D. ANDREW BERTORELLI, Jr.
    on behalf of Plaintiff Howard Glassman mshavel@hillwallack.com fmansmann@hillwallack.com

DANIEL P. MUDRICK
    on behalf of Defendant Conshohocken Ford Inc. dpmudrick@verizon.net, g30229@notify.cincompass.com;mudrick.danielb128559@notify.bestcase.com

EUGENE J. CHIKOWSKI
    on behalf of Defendant AMERICAN EXPRESS echikowski@grsm.com

GARY L. STEIN
    on behalf of Defendant Susan Healy gstein@owmlaw.com

GILBERT B. WEISMAN
    on behalf of Creditor American Express Bank FSB notices@becket-lee.com

GILBERT B. WEISMAN
    on behalf of Creditor Advanta Bank Corp notices@becket-lee.com

GLENN S. GITOMER
    on behalf of Defendant Independent Mortgage Company Inc. ggitomer@mkbattorneys.com

GLENN S. GITOMER
    on behalf of Creditor Independent Mortgage Company Inc. ggitomer@mkbattorneys.com

HOWARD T. GLASSMAN
    on behalf of Trustee HOWARD T. GLASSMAN glassman-ht@blankrome.com PA63@ecfcbis.com

JASON BRETT SCHWARTZ
    on behalf of Attorney Dilks & Knopik LLC, assignee to Ridge Pike Building Materials, Inc. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

JOEL S. TODD
    on behalf of Defendant JP Morgan Chase Bank N.A. jtodd@jtoddlaw.com, jtodd@jtoddlaw.com

MATTHEW A. HAMERMESH
    on behalf of Defendant CITIBANK N.A. mhamermesh@hangley.com, ecffilings@hangley.com;kem@hangley.com;mjl@hangley.com

MICHAEL A. CATALDO
    on behalf of Debtor Valley Building & Construction Corp. mcataldo@gsbblaw.com, bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com

MICHAEL A. CIBIK2
    on behalf of Debtor Valley Building & Construction Corp. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL ANTHONY BOWMAN
    on behalf of Plaintiff Howard Glassman Trustee of Valley Building & Construction, Corp. MBowman@bowmanltd.com

MICHAEL J. SHAVEL
    on behalf of Plaintiff Howard Glassman Trustee of Valley Building & Construction, Corp. mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

MICHAEL J. SHAVEL
    on behalf of Hill Wallack mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

MICHAEL J. SHAVEL
    on behalf of Trustee CHRISTINE C. SHUBERT mshavel@hillwallack.com

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2025 | Form ID: pdf900 | Total Noticed: 3 |

ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

MICHAEL J. SHAVEL

on behalf of Trustee HOWARD T. GLASSMAN mshavel@hillwallack.com
ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

NICHOLAS M ORLOFF

on behalf of Defendant Insurance Services at Trumark Financial  LLC mdorval@stradley.com, jmmurphy@stradley.com

NICHOLAS M ORLOFF

on behalf of TruMark Financial Credit Union mdorval@stradley.com  jmmurphy@stradley.com

RANDI A WOLF

on behalf of Trustee HOWARD T. GLASSMAN rwolf@lawsgr.com  mtanney@lawsgr.com

RANDI A WOLF

on behalf of Plaintiff Howard Glassman  Trustee of Valley Building & Construction, Corp. rwolf@lawsgr.com, mtanney@lawsgr.com

RANDI A WOLF

on behalf of Plaintiff Howard Glassman rwolf@lawsgr.com  mtanney@lawsgr.com

SALVATORE F. BELLO, JR.

on behalf of Creditor Formed Concrete  Inc. sbello@PMRBM.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WALTER WEIR, JR.

on behalf of Defendant SOVEREIGN BANK  N.A. wweir@weirlawllp.com, smorris@weirpartners.com

WARREN S. WOLF

on behalf of Defendant Ocwen Financial Corporation wwolf@goldbergwolf.com

WILLIAM J. BECKET

on behalf of Defendant Bank of America  N.A. wbecket@becket-lee.com

WILLIAM J. MAFFUCCI

on behalf of Diane Teti wmaffucci@sogtlaw.com

TOTAL: 39

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Valley Building & Construction, Corp. | : | Chapter 7 |
| | : | |
| Debtor | : | Bankruptcy No. 06-16119 |

### ORDER

AND NOW, this _____ day of _____, 20___, upon consideration of the Motion of Dilks & Knopik, LLC as assignee to Ridge Pike Building Materials, Inc. ("the Movant"), for Order Directing Payment of Funds In Court Registry, and the Movant having served the United States Attorney as required by 28 U.S. C. §2041 et seq. and the Office of the U.S. Trustee and the case Trustee, and no objection having been made, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. Funds held in the registry of the court or paid in pursuant to 11 U.S.C. §347 for the benefit of the Movant in the amount of $11,446.16 shall be paid to Dilks & Knopik, LLC and sent to 35308 SE Center Street, Snoqualmie, WA 98065.

**Date: January 30, 2025**

_____, J.