# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| WEST PHILADELPHIA GERIATRIC, | : | Case No. 02-12024 (BIF) |
| | : | |
| | : | |
| Debtor | : | |

## MOTION OF COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE TO RECLAIM UNCLAIMED FUNDS

The Commonwealth of Pennsylvania, Department of Revenue ("Commonwealth"), by and through the Pennsylvania Office of Attorney General, Linda L. Kelly, its counsel, does hereby move the Court to allow unclaimed funds in the amount of $3,310.39 be returned to the Commonwealth, as follows:

1. The Commonwealth is a creditor of the Debtor and accordingly, filed proofs of claim in the bankruptcy case.

2. On or about June 23, 2012, the Debtor filed a Praecipe To Report To The Court Of Unclaimed Funds To Be Deposited Into The Court Registry ("Praecipe"), Docket 1263.

3. The Praecipe listed Check No. 10139 in the sum of $3,310.39, dated May 7, 2003, as a check intended for and unclaimed by the Commonwealth.

4. The Commonwealth desires to reclaim its administrative portion of the bankruptcy proceeds in the sum of $3,310.39.

5. Chapter 7 Trustee Terry P. Dershaw and his counsel, Edward J. DiDonato, do not object to the Commonwealth's request to reclaim its portion of the administrative claim in the sum of $3,310.39.

WHEREFORE, the Commonwealth of Pennsylvania, Department of Revenue respectfully requests that this Court allow the administrative portion of the Commonwealth's claim in the sum of $3,310.39 be redistributed from the Court Registry to its intended recipient, the Commonwealth.

Respectfully submitted,

LINDA L. KELLY
ATTORNEY GENERAL

DATED: June 29, 2012           BY:   /s/ Carol E. Momjian
                                     Carol E. Momjian
                                     Senior Deputy Attorney General
                                     Attorney No. 49219
                                     Office of Attorney General
                                     21 South 12th Street, 3rd Floor
                                     Philadelphia, PA  19107
                                     Tel: (215) 560-2128
                                     Fax: (215) 560-2202
                                     E-mail: cmomjian@attorneygeneral.gov

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| WEST PHILADELPHIA GERIATRIC, | : | Case No. 02-12024 (BIF) |
| | : | |
| | : | |
| Debtor | : | |

## ORDER

AND NOW, this     day of                    , 2012, upon consideration of the Motion of Commonwealth of Pennsylvania, Department of Revenue to Reclaim Unclaimed Funds, IT IS ORDERED AND DECREED THAT the sum of $3,310.39 be returned to its intended creditor, the Commonwealth.

_____
THE HONORABLE BRUCE I. FOX
UNITED STATES BANKRUPTCY JUDGE

INTERESTED PARTIES:

Carol E. Momjian
Senior Deputy Attorney General
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107
Counsel for Movant

Terry P. Dershaw, Trustee
P. O. Box 556
Warminster, PA  18974-0632

Edward J. DiDonato, Esquire
Fox Rothschild, LLP
2000 Market Street, 20th Floor
Philadelphia, PA  19103